108 A.3d 1280

**Robert DAVIS, Petitioner**

v.

**The COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.**

**No. 180 EM 2014.**

Supreme Court of Pennsylvania.

Jan. 27, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of January, 2015, the Application for Extraordinary Relief is **DENIED.**